IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01792-MEH-CBS

YEVGENIY KHAMOV,

Plaintiff,

v.

A PLUS HARDWOOD FLOORS, L.L.C.; and
AARON HUTE;

Defendants.

---

**ORDER GRANTING DISMISSAL OF PARTY AND PART OF ACTION**

---

**Entered by Michael E. Hegarty, United States Magistrate Judge.**

The Court having reviewed the parties' Stipulation of Dismissal of a Party and Part of an Action, made pursuant to Fed.R.Civ.P. 41(a)(1)(ii), and being fully advised, it is hereby **ORDERED** that the Stipulation of Dismissal of a Party and Part of an Action [Filed January 25, 2007; Docket #22] is **granted.** It is ORDERED that the Complaint is hereby dismissed, in its entirety, against Defendant Aaron Hute and Plaintiff's First Claim for Relief "Violation of the Fair Labor and Standard Act" is dismissed in its entirety as against all Defendants.

However, it is ORDERED that this dismissal does not affect remaining claims under the Complaint against Defendant A Plus Hardwood Floors, LLC, and any counterclaims by and between Plaintiff and Defendants.

Finally, it is ORDERED that each party shall pay its own costs and expenses in this regard.

Dated at Denver, Colorado, this 26th day of January, 2007.

BY THE COURT:

s/ Michael E. Hegarty
Michael E. Hegarty
United States Magistrate Judge