IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01792-MEH-CBS

YEVGENIY KHAMOV,

    Plaintiff,
v.

A PLUS HARDWOOD FLOORS, L.L.C., and
AARON HUTE,

    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

This matter is before the Court on the Stipulated Motion to Dismiss [Filed July 11, 2007; Docket #25]. The Stipulation states that the parties wish to dismiss all remaining claims, Plaintiff's Second Claim for Relief for Breach of Contract, Plaintiff's Third Claim for relief for Unjust Enrichment, and Defendants' Counterclaims, without prejudice pursuant to Fed. R. Civ. P. 41(a).

Accordingly, it is ORDERED that Plaintiff's Second Claim for Relief for Breach of Contract, Plaintiff's Third Claim for relief for Unjust Enrichment, and Defendants' Counterclaims are dismissed without prejudice and this case is hereby **dismissed without prejudice**, all parties to pay their own attorney fees and costs.

Dated at Denver, Colorado this 19th day of July, 2006.

                              BY THE COURT:

                              s/ Michael E. Hegarty
                              Michael E. Hegarty
                              United States Magistrate Judge